IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID COUNCIL,

                Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

No. CV 07-105-JE

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed June 30, 2008 (#18) adopting the Magistrate Judge's Findings and Recommendations (#16),

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this  30th  day of June, 2008.

                                               /s/ Michael W. Mosman
                                               MICHAEL W. MOSMAN
                                               United States District Judge

PAGE 1 - JUDGMENT